Kristina N. Holmstrom, SBN 10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Fax: 702-369-6888
*Attorneys for Defendant*
*Life Insurance Company of North America*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No.: 2:24-cv-01703<br><br>**NOTICE OF CORRECTED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Krysta Tremko and defendant Life Insurance Company of North America, by undersigned counsel, hereby stipulate to dismiss this action with prejudice, in its entirety. Each party is to bear their own attorneys' fees and costs.

Respectfully submitted this 1st day of April, 2025.

LAW OFFICE OF JULIE A. MERSCH

/s/ Julie A. Mersch
Julie A. Mersch, SBN 004695
jam@merschlaw.com
428 S. 4th Street
Las Vegas, NV 89101
*Attorney for Plaintiff Krysta Tremko*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kristina N. Holmstrom
Kristina N. Holmstrom, SBN 10086
kristina.holmstrom@ogletree.com
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV 89135
*Attorneys for Defendant*

**IT IS SO ORDERED:**

/s/ James C. Mahan
United States District Judge
Dated: April 4, 2025

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Julie A. Mersch
LAW OFFICE OF JULIE A. MERSCH
428 S. 4th Street
Las Vegas, NV  89101
jam@merschlaw.com

DATED this 1st day of April, 2025

                                                /s/ Roberto Guzman
                                                An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE: 702.369.6800

88364858.v1-OGLETREE